1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant VENEGAS

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 UNIFIED STATES OF AMERICA,        )    No. CR 07-00112 RMW
                                     )
13         Plaintiff,                )    **STIPULATION TO CONTINUE**
                                     )    **HEARING AND EXCLUDE TIME;**
   v.                                )    **[PROPOSED] ORDER**
14                                   )
   JORGE V. VENEGAS,                 )
15                                   )
           Defendant.                )
16 _____ )

17     Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, April 16, 2007, should be continued to May 21, 2007.  The continuance is requested

20 because defense counsel is unavailable on April 16, 2007, and undersigned defense counsel will

21 require additional time to complete investigation.

22     The parties further agree that time should be excluded under the Speedy Trial Act from

23 April 16, 2007, to May 21, 2007, because the defense and the government require time for

24 investigation and preparation, and the ends of justice outweigh the defendant's and the public's

25 need for a speedy trial.

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00112 RMW                          1

1  Dated: 04/11/07                        _____/s/_____
                                           LARA S. VINNARD
2                                              Assistant Federal Public Defender

3  Dated: 04/11/07                        _____/s/_____
                                           ERIC ROSEN
4                                              Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the hearing set for April 16, 2007, on grounds that defense counsel is unavailable on April 16, 2007, as well as the defense requires additional time to complete investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for April 16, 2007, be continued to May 21, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 16, 2007, to May 21, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   4/25/07                                /s/ Ronald M. Whyte
                                             _____
                                             RONALD M. WHYTE
                                             United States District Judge